## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| BAR HARBOR BANK & TRUST,<br><br>    Plaintiff and Counterclaim Defendant<br><br>v.<br><br>THE HANOVER INSURANCE GROUP, INC., a/k/a HANOVER INSURANCE COMPANY,<br><br>    Defendant and Counterclaim Plaintiff | CIVIL ACTION NO. 1:21-CV-00201-LEW |

## **STIPULATION OF DISMISSAL**

NOW COME the parties, Bar Harbor Bank and Trust and Hanover Insurance Company, pursuant to Fed.R.Civ.P. 41(a), and stipulate that this matter together with all counterclaims be dismissed with prejudice and without costs.

| | |
|---|---|
| DATED: November 2, 2022 | /s/Edmond J. Ford<br>Edmond J. Ford, Esquire<br>Attorney for Plaintiff/Counterclaim Defendant Bar Harbor Bank and Trust |

10 Pleasant Street – Suite 400
Portsmouth, New Hampshire 03801
(603) 373-1737
eford@fordlaw.com

| | |
|---|---|
| DATED:  November 2, 2022 | /s/John S. Whitman<br>John S. Whitman, Esquire<br>Attorney for Defendant/Counterclaim Plaintiff The Hanover Insurance Group, Inc. |

Richardson, Whitman, Large & Badger
465 Congress Street / P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474 /jwhitman@rwlb.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I caused a true copy of the foregoing document to be electronically filed with the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/John S. Whitman*
John S. Whitman, Esquire
Attorney for Defendant The Hanover
Insurance Group, Inc.

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street / P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474
jwhitman@rwlb.com